**ORIGINAL**

**FILED**

04/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0229

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0229

PETER C. GRIGG,

        Plaintiff and Appellant,

v.

BEAVERHEAD EMERGENCY MEDICAL
SERVICES,

        Defendant and Appellee.

**FILED**

APR 05 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

      Appellant Peter C. Grigg having filed a petition for rehearing herein, and the Court having considered the contentions raised in the petition, and Appellee's objection thereto,

      IT IS ORDERED that the petition for rehearing is DENIED.

      The Clerk is directed to mail copies hereof to counsel of record for the respective parties.

      DATED this 5 day of April, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices